UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| DANIELA SMEDLEY, )<br>     Petitioner, )<br>) <br>v. )<br>)<br>MARK A. SMEDLEY, )<br>     Respondent. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:14-CV-66-F** |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that pursuant to the court's order dated 4/28/2014 [DE-27], Petitioners Verified Petition Under Hague Convention Seeking Return of Children to Petitioner, Immediate Issuance of Show Cause Order to Respondent and Hearing on the Merits [DE-1] is ALLOWED. Petitioner may file an application for attorney's fees and expenses within 21 days of the order and Respondent shall have 21 days to respond.

**IT IS FURTHER ORDERED** that the Clerk of Court is DIRECTED to close this case (see order dated 4/28/2014 [DE-27]). The deadline for Petitioner to file a motion for attorney's fees and costs is STAYED pending the issuance of a mandate from the Fourth Circuit Court of Appeals.

This Judgment Filed and Entered on May 1, 2014, and Copies To:

Andrew William Rinehart (1001 West Fourth St., Winston-Salem, NC 27101)
Chad D. Hansen (via CM/ECF Notice of Electronic Filing)
Clifton Jason Humphrey (via CM/ECF Notice of Electronic Filing)


DATE                                            JULIE A. RICHARDS, CLERK
May 1, 2014                                 /s/ Susan K. Edwards
                                                 (By) Susan K. Edwards, Deputy Clerk