UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| DANIELA SMEDLEY, )<br>    Plaintiff, )<br>) | |
| ) | **JUDGMENT** |
| v. ) | No. 7:14-CV-66-F |
| ) | |
| MARK A. SMEDLEY ) | |
|     Defendant. ) | |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's Motion for Attorney Fees [DE-43] is ALLOWED. Respondent Mark Smedley is ORDERED to pay (1) to Petitioner Daniela Smedley, $9,142.88 for lodging and transportation expenses and (2) to the law firm of Kilpatrick Townsend and Stockton $6,707.50 in attorney's fees and $710.10 for service of process fees, transcript fees and court costs, for a total reimbursement of $7,417.60.

**This Judgment Filed and Entered on September 1, 2015, and Copies To:**

Andrew William Rinehart (via CM/ECF electronic notification)
Chad D. Hansen (via CM/ECF electronic notification)
Clifton Jason Humphrey (via CM/ECF electronic notification)


DATE                JULIE RICHARDS JOHNSTON, CLERK
September 1, 2015          /s/ Jacqueline B. Grady
                   (By) Jacqueline B. Grady, Deputy Clerk